UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROBERT J. CLAYBRONE,**

    **Plaintiff,**

v.	Case No. 3:12cv381/MCR/CJK

**GOLDRING GULF DISTRIBUTING,**

    **Defendant.**
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 31, 2014 (doc. 18).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No timely objections have been filed.

Having considered the Report and Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.	The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

1.	The Defendant's Motion to Dismiss (doc. 14) is **GRANTED** to the extent indicated in the Report and Recommendation, and Plaintiff's claim of age discrimination is **DISMISSED WITH PREJUDICE**.

**DONE and ORDERED** this 7th day of May, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**